IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOYCE D. GUNSAULIS                                    PLAINTIFF

V.                          NO. 11-5279

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration          DEFENDANT

## **J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ and dismisses Plaintiff's complaint with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 30th day of October, 2012.

                                                     /s/ *Erin L. Setser*
                                                     HON. ERIN L. SETSER
                                                     UNITED STATES MAGISTRATE JUDGE